160 A.3d 794

COMMONWEALTH of Pennsylvania, Respondent

v.

Zamar SWIFT, Petitioner

No. 261 WAL 2016

Supreme Court of Pennsylvania.

November 9, 2016

## ORDER

PER CURIAM

**AND NOW**, this 9th day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**